Tammy B. Webb, SBN 227593
tbwebb@shb.com
SHOOK, HARDY & BACON L.L.P.
555 Mission Street, Suite 2300
San Francisco, CA 94105
Tel: (415) 544-1900 | Fax: (415) 391-0281

Elisabeth A. Hutchinson *(pro hac vice* pending*)*
ehutchinson@shb.com
SHOOK, HARDY & BACON L.L.P.
1600 17th Street, Suite 450
Denver, CO 80202
Phone: (303) 285-5300 | Fax: (303) 285-5301

Attorneys for Defendants
ParkMobile, LLC and ParkMobile USA, Inc.

[additional counsel listed in signature block]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACK WILLIAM WEAVER on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PARKMOBILE, LLC and PARKMOBILE USA, INC.,<br><br>Defendants. | Case No. 3:21-cv-05096-CRB<br><br>**STIPULATION AND [PROPOSED] ORDER TRANSFERRING CASE TO NORTHERN DISTRICT OF GEORGIA** |

1    The Parties in the above-entitled action, by and through their counsel of record, hereby
2    stipulate to the following facts and recitals:
3    On July 1, 2021, Plaintiff Jack William Weaver ("Plaintiff") filed a Complaint against
4    Defendants ParkMobile, LLC and ParkMobile USA, LLC ("ParkMobile"). Dkt. 1.
5    On September 17, 2021, ParkMobile filed a Motion to Transfer Case or Stay Proceedings
6    (Dkt. 12) and a Motion to Dismiss Plaintiff's Complaint (Dkt. 13). Plaintiff's deadline to file
7    opposition papers to ParkMobile's motion to transfer and motion to dismiss is currently October 1,
8    2021. ParkMobile's replies in support of its two motions are currently due on October 8, 2021; and
9    the hearing on ParkMobile's motions is set for November 19, 2021. Dkts. 12-13.
10   Following ParkMobile's filing of its Motion to Transfer Case or Stay Proceedings, the Parties
11   met and conferred.  As part of that process, the Parties now agree that this case should be transferred
12   from this Court to the Northern District of Georgia where earlier-filed and related cases (*Baker, et al.*
13   *v. ParkMobile, LLC*, No. 1:21-cv-02182-SCJ and *Demos v. ParkMobile, LLC*, No. 1:21-cv-03595-
14   MHC) are currently pending.  Plaintiffs' counsel in this action are the same counsel as the counsel
15   for plaintiffs in the *Baker* and *Demos* matters. *Baker* and *Demos* are assigned to the Honorable Steve
16   C. Jones of the Northern District of Georgia. The Parties agree that this case should be consolidated
17   before Judge Jones because he already is hearing the related actions. The *Baker* Plaintiffs intend to
18   file a first amended consolidated class action complaint within thirty days after *Weaver* is transferred
19   to the Honorable Steve C. Jones.
20   In light of the agreed desire to transfer this action to the Northern District of Georgia and Mr.
21   Weaver's counsel's intent to file a first amended consolidated class action complaint in that court,
22   ParkMobile has agreed to withdraw the pending motion to dismiss if the motion to transfer is
23   granted. ParkMobile will answer or otherwise respond to the first amended consolidated class action
24   complaint within thirty days after it is filed, as further agreed upon by the parties in a motion
25   currently before the Northern District of Georgia.
26   To allow this Court enough time to consider the motion to transfer this case to the Northern
27   District of Georgia, the Parties further agree that Plaintiff's deadline to file opposition papers to
28   ParkMobile's motion to transfer and motion to dismiss shall be extended to October 29, 2021, and

1

Joint Administrative Motion and [Proposed] Order
Case No.: 3:21-cv-05096-CRB

ParkMobile's replies in support of its two motions shall be due on November 5, 2021. The hearing on ParkMobile's motions shall remain on calendar for November 19, 2021, pending transfer of the case to the Northern District of Georgia by order of the Court. ParkMobile will withdraw the pending motion to dismiss when the case is transferred.

The Parties in this action have previously filed the following stipulations for extension of time:

1. Stipulation for extension of time to respond to complaint. Dkt. 6; and
2. Stipulation with proposed order regarding briefing deadlines for motion to dismiss and motion to transfer. Dkt. 14.

IT IS HEREBY STIPULATED, by and between the Parties, through their counsel of record, and subject to this Court's approval, that this action shall be transferred to the Northern District of Georgia, where it can be consolidated with the *Baker* and *Demos* matters before the Honorable Steve C. Jones. Further, Plaintiff's deadline to respond to ParkMobile's motions to dismiss and transfer is extended from October 1, 2021 to October 29, 2021, and ParkMobile's deadline to file reply briefs in support of the two motions is extended from October 8, 2021 to November 5, 2021. The hearing on ParkMobile's motions remain on calendar for November 19, 2021.

IT IS SO STIPULATED.

Dated: September 30, 2021

Respectfully submitted,

By: */s/ MaryBeth V. Gibson*
    MaryBeth V. Gibson

*Attorneys for Plaintiff*

MaryBeth V. Gibson (*pro hac vice* forthcoming)
**THE FINLEY FIRM, P.C.**
3535 Piedmont Road
Building 14, Suite 230
Atlanta, GA 30305
Tel.: (404) 320-9979
Fax: (404) 320-9978
mgibson@thefinleyfirm.com

Todd D. Carpenter (SBN 234464)
1350 Columbia St., Ste. 603
San Diego, CA 92101

| | |
|---|---|
| 1 | Tel.: (619) 762-1900 |
| | Fax: (619) 756-6991 |
| 2 | tcarpenter@carlsonlynch.com |
| 3 | Gary F. Lynch (PA ID 56887) |
| 4 | **CARLSON LYNCH, LLP** |
| | 1133 Penn Avenue, 5thFloor |
| 5 | Pittsburgh, PA 15222 |
| | Tel.: (412) 322-9243 |
| 6 | Fax: (412) 231-0246 |
| | glynch@carlsonlynch.com |
| 7 | |
| 8 | Arthur M. Murray |
| | Caroline T. White |
| 9 | **MURRAY LAW FIRM** |
| | Hancock Whitney Center |
| 10 | 701 Poydras Street, Suite 4250 |
| 11 | New Orleans, Louisiana 70139 |
| | Tel.: (504) 593-6473 |
| 12 | Fax (504) 584-5249 |
| | amurray@murray-lawfirm.com |
| 13 | cthomas@murray-lawfirm.com |
| 14 | Joseph Guglielmo |
| | Erin Green Comite |
| 15 | Anja Rusi |
| 16 | **SCOTT+SCOTT ATTORNEYS AT LAW LLP** |
| 17 | The Helmsley Building |
| | 230 Park Avenue, 17thFloor |
| 18 | New York, NY 10169 |
| | Tel.: (212) 223-6444 |
| 19 | Fax: (212) 223-6334 |
| 20 | jguglielmo@scott-scott.com |
| | ecomite@scott-scott.com |
| 21 | arusi@scott-scott.com |
| 22 | Karen Hanson Riebel |
| | Kate M. Baxter-Kauf |
| 23 | **LOCKRIDGE GRINDAL NAUEN, P.L.L.P** |
| 24 | 100 Washington Avenue South, Suite 2200 |
| | Minneapolis, MN 55401 |
| 25 | Tel: (612) 339-6900 |
| | khriebel@locklaw.com |
| 26 | kmbaxter-kauf@locklaw.com |
| 27 | Brian C. Gudmundson |
| | Michael J. Laird |
| 28 | **ZIMMERMAN REED LLP** |

3   Stipulation and [Proposed] Order
Case No.: 3:21-cv-05096-CRB

|   |   |
|---|---|
| 1 | 80 S 8th Street, Suite 1100 |
| 2 | Minneapolis, MN 55402<br>Tel (612) 341-0400<br>Fax (612) 341-0844 |
| 3 | brian.gudmundson@zimmreed.com<br>michael.laird@zimmreed.com |
| 4 | |
| 5 | James Pizzirusso (pro hac vice forthcoming)<br>**HAUSFELD LLP** |
| 6 | 888 16th Street N.W., Suite 300<br>Washington, DC 20006 |
| 7 | Tel.: (202) 540-7200<br>Fax: (202) 540-7201 |
| 8 | jpizzirusso@hausfeld.com |


```
 1                                          80 S 8th Street, Suite 1100
                                            Minneapolis, MN 55402
 2                                          Tel (612) 341-0400
                                            Fax (612) 341-0844
 3                                          brian.gudmundson@zimmreed.com
                                            michael.laird@zimmreed.com
 4
                                            James Pizzirusso (pro hac vice forthcoming)
 5                                          HAUSFELD LLP
                                            888 16th Street N.W., Suite 300
 6                                          Washington, DC 20006
                                            Tel.: (202) 540-7200
 7                                          Fax: (202) 540-7201
                                            jpizzirusso@hausfeld.com
 8
 9                                          Steven M. Nathan (pro hac vice forthcoming)
                                            HAUSFELD LLP
10                                          33 Whitehall St., 14th Floor
                                            New York, NY 10004
11                                          Tel.: (646) 357-1100
                                            Fax: (212) 202-4322
12                                          snathan@hausfeld.com
13
                                            Bryan L. Bleichner (CA #220340)
14                                          CHESTNUT CAMBRONNE PA
                                            100 Washington Ave. S., Suite 1700
15                                          Minneapolis, MN 55401
                                            Tel.: (612) 339-7300
16                                          bbleichner@chestnutcambronne.com
17
18   Dated: September 30, 2021              SHOOK, HARDY & BACON L.L.P.
19
20                                          By: /s/ Tammy B. Webb
                                                    Tammy B. Webb
21
                                            Attorneys for Defendants
22                                          PARKMOBILE, LLC
                                            and PARKMOBILE USA, INC.
23                                          Tammy B. Webb, SBN 227593
                                            tbwebb@shb.com
24                                          SHOOK, HARDY & BACON L.L.P.
                                            555 Mission Street, Suite 2300
25                                          San Francisco, CA 94105
                                            Tel: (415) 544-1900 | Fax: (415) 391-0281
26
                                            Elisabeth A. Hutchinson (pro hac vice pending)
27                                          ehutchinson@shb.com
                                            SHOOK, HARDY & BACON L.L.P.
28                                          1600 17th St. Suite 450
                                            Denver, CO 80202
```

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Phone: (303) 285-5300
Fax: (303) 285-5301

Pursuant to L.R. 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from the other signatories.

By: */s/ Tammy B. Webb*
Tammy B. Webb

**[PROPOSED] ORDER**

Pursuant to the Parties' stipulation, and good cause showing, this Court hereby orders that the Stipulation is GRANTED. The Court orders the following:

1. This case is hereby transferred to the Northern District of Georgia for consolidation with the related *Baker* and *Demos* matters; and

2. ParkMobile's motion to dismiss and transfer (Dkts. 12-13) are now moot and the November 19, 2021 hearing date is off calendar.

IT IS SO ORDERED.

Date:  October 1, 2021

HONORABLE CHARLES R. BREYER